In the Matter of DOMINICK MARCO, Appellant, against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK et al.. Respondents.

Argued October 22, 1952; decided November 25, 1952.

*Joseph H. Stein* and *Harry V. Kaplan* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.